UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendant. | Case No. 15-cv-01934-VC  (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the order Denying Bonilla's Motion to Proceed In Forma Pauperis and Dismissing Complaint with Prejudice, this case is dismissed with prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 8, 2015

                                      VINCE CHHABRIA<br>
                                      United States District Judge